# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: May 30, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-20-00307-JD |
| | ) | |
| JUSTIN BIGGS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ENTER ORDER:**

The Court has set Defendant Justin Biggs' sentencing hearing for Thursday, June 27, 2024 at 10:00 a.m. in Courtroom 502. *See* Notice of Hearing. [Doc. No. 43].

The Court sua sponte extends the requirements in Local Criminal Rule 32.2. Any sentencing memoranda and motions must be filed within 14 days of the date of this Order, and any response to a sentencing memoranda or motion must be filed 7 days thereafter.

The Court further ORDERS the parties to submit any letters by or on behalf of Defendant Justin Biggs and/or submissions by the victim **by June 24, 2024**, for purposes of sentencing.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK


By:__ */s/ Nyssa Vasquez*_____
Deputy Clerk